FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY STODDARD,<br><br>   Petitioner,<br><br>   v.<br><br>DONALD HOLBROOK,<br><br>   Respondent. | 2:20-CV-00019-SAB<br><br>**ORDER DISMISSING ACTION** |

By Order filed April 17, 2020, the Court directed Petitioner to show cause why his Petition for Writ of Habeas Corpus should not be dismissed as time barred under 28 U.S.C. § 2244(d). ECF No. 12. Petitioner, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis;* Respondent has not been served.

The Court granted Petitioner until June 17, 2020, to show cause and cautioned him that failure to do so would be construed as his consent to dismissal of this action. ECF No. 15 at 3. Petitioner did not comply with the Court's directive and has filed nothing further in this action.

//
//
//
//

ORDER DISMISSING ACTION -- 1

Accordingly, **IT IS ORDERED** the Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED with prejudice** as time barred under 28 U.S.C. § 2244(d). All pending motions are denied as moot.

**IT IS SO ORDERED**. The Clerk of Court shall enter this Order, enter judgment, provide copies to Petitioner, and CLOSE this file. The Court certifies there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**DATED** this 21st day of June 2020.



Stanley A. Bastian
United States District Judge

ORDER DISMISSING ACTION -- 2